# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No:   08-54062 |
| JAMES EDWARD HOLSINGER | |
| 550 BROOKDALE DR | Judge:   John E. Hoffman Jr. |
| WEST JEFFERSON, OH  43162 | |

SSN(S):    XXX-XX-1606

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  April 20, 2010         /s/ Frank M. Pees
                               Frank M. Pees
                               Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| NATIONWIDE ADVANTAGE MTG CO<br>7760 OFFICE PLAZA DR S<br>W DES MOINES, IA  502662336 | 57.77 |